## Edward J. Lusk, Appellee, v. Joseph Ziarko et al., Appellants.

Gen. No. 42,513.

opinion filed March 2, 1943; rehear-

ing denied March 23, 1943. J. J. Klepak and Michael M. Obartuch, for appellants; Maurice Alschuler, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. ''Not to be published in full.''